# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE MACHADO,<br>    Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | Case No.: 2:11-cv-2073-SD |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Aaron R. Easley  
Aaron R. Easley, Esquire  
Attorney ID: 73683  
Attorney for Defendant  

/S/ Craig Thor Kimmel  
Craig Thor Kimmel, Esquire  
Attorney ID: 57100  
Attorney for the Plaintiff  

Date: September 12, 2011

Date: September 12, 2011

BY THE COURT:

_____  
                                    J.