UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNETTE MACHADO,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant

Case No.: 2:11-cv-2073-SD

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Aaron R. Easley
Aaron R. Easley, Esquire
Attorney ID: 73683
Attorney for Defendant

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: September 12, 2011

Date: September 12, 2011

BY THE COURT:

_M O'Neill_ J.
9/12/11